UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD V. MICHELSON AND DOLORES CHETTA, <br><br> Plaintiffs, <br> -v- <br><br> NARRAGANSETT BAY INSURANCE COMPANY, <br><br> Defendant. | 19 Civ. 10997 (PAE) <br><br> ORDER |

PAUL A. ENGELMAYER, District Judge:

An initial pretrial conference in this matter is scheduled for Friday, January 10, 2020 at 4:00 pm. Dkt. 4. The Court's individual rules require that at least four business days before the conference date, the parties must file on ECF: (1) a proposed Civil Case Management Plan and Scheduling Order, available on the Court's website at https://nysd.uscourts.gov/hon-paul-engelmayer; and (2) a joint letter, not to exceed three single-spaced pages in length, describing the case, any contemplated motions, and the prospect for settlement. Court's Civ. R. 2(B).

The parties are directed to file these submissions on ECF no later than 12:00 p.m. tomorrow, January 8, 2020. Failure to do so will necessitate an adjournment of the conference.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: January 7, 2020
       New York, New York