

**SHEARER** PC
90 Forest Avenue   Locust Valley, New York 11560
T 516.750.8500   F 516.908.4302   shearerpc.com

January 8, 2020

**VIA ECF**
Hon. Paul A. Engelmayer, USDC
United States District Court, Southern District of New York
40 Centre Street
New York, New York 10007

Re:   Richard V. Michelson and Dolores Chetta v. Narragansett Bay Insurance Company
       USDC, SDNY, 19 Civ. 10997 (PAE)

Honorable Sir:

We are the attorneys for the defendant in this matter, which is scheduled for an initial pretrial conference this Friday, January 10, 2020 at 4:00 pm.  I write pursuant to your individual rules, section 1(E), to request an adjournment of such conference for approximately 1 month.  I have spoken with the office of counsel for the plaintiff and they consent to such adjournment request.

Your Honor issued a Notice of Initial Pretrial Conference on December 3, 2019.  Unfortunately, it appears that such Notice was overlooked and we therefore failed to comply with the directives contained in the same.  In addition, due to an attorney currently out of the country for vacation (and not returning for another week), an attorney currently on trial and two others (in addition to support staff) who have been and are currently out sick, it is unclear if there will be an attorney available to appear for the conference this Friday.  Based upon that, I must request the adjournment, to allow time to comply with your Honor's Notice and to have an attorney available to appear for the conference.

I am requesting that the deadlines in the Notice be extended to January 24, 2020 and the conference rescheduled to February 7, 2020.  This is the first adjournment/extension request.  Counsel for the plaintiff has consented to this request.  I thank your Honor for his consideration of this request.

Very truly yours,

*Mark G. Vaughan*

Mark G. Vaughan (MV 9349)

MGV/av

cc:   Craig A. Blumberg, Esq.
       Law Office of Craig A. Blumberg
       craig@lawofficecab.com
       myrna@lawofficecab.com

---

The initial conference is adjourned to February 12, 2020 at 11:00 a.m.  Pre-conference submissions are due no later than February 3, 2020.  Further requests for adjournments will be looked upon disfavorably.  Counsel is directed to take all necessary measures to ensure that future electronic notifications in this case are not overlooked.
SO ORDERED.

_____
PAUL A. ENGELMAYER    1/8/2020
United States District Judge