UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICHARD V. MICHELSON AND DOLORES CHETTA,

        Plaintiffs,

-v-

NARRAGANSETT BAY INSURANCE COMPANY,

        Defendant.

19 Civ. 10997 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On January 31, 2020, the parties submitted their proposed case management plan, in which they indicated that they consent to conducting all further proceedings before a Magistrate Judge. 28 U.S.C. § 63(c). Dkt. 10. The parties are directed to complete the consent form at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf and submit a scanned copy of the signed form to EngelmayerNYSDchambers@nysd.uscourts.gov forthwith.

The initial pretrial conference in this matter, currently scheduled for February 12, 2020, at 11:00 a.m., Dkt. 9, is adjourned *sine die*.

SO ORDERED.

                                                PAUL A. ENGELMAYER
                                                United States District Judge

Dated: February 4, 2020
       New York, New York