```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/01/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Richard V. Michelson and Dolores Chetta,

                Plaintiffs,

-against-

Narragansett Bay Insurance Co.,

                Defendant.

1:19-cv-10997 (SDA)

**ORDER OF DISMISSAL**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    Following a settlement conference before the undersigned on November 30, 2020, during which the parties reached a settlement in principle, it is hereby ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

**SO ORDERED.**

DATED:    New York, New York
              December 1, 2020

                                            _____
                                            STEWART D. AARON
                                            United States Magistrate Judge